UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. 2:24-CV-05390-CBM-MARx<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TREASURY PPP RECOVERY FUND, LLC, FKA TAXPAYERS AGAINST FRAUD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES PHILHARMONIC ASSOCIATION,<br><br>Defendant. | No. 2:24-CV-05390-CBM-MARx<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUESTTO UNSEAL THE CASE] |

2

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The complaint is unsealed, and the Relator shall serve it upon the defendants.

2. This Order and the United States' Notice of Election to Decline Intervention and Request to Unseal the Case are both unsealed, and the Relator shall serve both, along with the complaint, upon the defendant.

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).

6. Should the Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: July 7, 2026

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY EMAIL

I am over the age of 18 and not a party to the within action. I am specially appointed by the United States Attorney General to conduct certain civil matters under 28 U.S.C. § 543, and I have been duly admitted to appear before this Court pursuant to L.R. 83-2.1.4.2. In relation to my activities as Special Assistant United States Attorney, my business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 8, 2026, I served [PROPOSED] ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: July 8, 2026. Place of emailing: Orange County, California.

### Person(s) and/or Entity(ies) to Whom Emailed:

Arthur E. Fisher, Esq.
A. FISHER LEGAL SERVICES, INC. A.P.C.
PO Box 455,
Hailey, ID 83333-0400
art@baylaw.com

I declare that I am a member of the Bar of the State of Colorado, I am specially appointed by the United States Attorney General to conduct certain civil matters under 28 U.S.C. § 543, and I have been duly admitted to appear before this Court pursuant to L.R. 83-2.1.4.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 8, 2026, at Orange County, California.

/s/*Susan A. Scholl*
SUSAN A. SCHOLL, SAUSA

2